# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONNIE NIXON                                                                    PLAINTIFF

v.                              No. 3:19-cv-203-DPM

KEVIN MOULDER, Sheriff; and
SUSAN COX, Nurse,
Poinsett County Jail                                                           DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Nixon hasn't paid the $400 filing and administrative fees in this case. And he can't proceed *in forma pauperis* because he is a three-striker. Before filing this lawsuit, he'd had at least three cases dismissed for failing to state a claim. *E.g., Nixon v. Mills*, No. 3:10-cv-12-BSM; *Nixon v. Cox*, No. 3:17-cv-122-BRW; *Nixon v. Hitt*, No. 3:17-cv-138-JM. And Nixon hasn't filed an amended complaint showing that he's in imminent danger of serious physical injury. № 2 at 3; 28 U.S.C. § 1915(g). Indeed, he's no longer being housed at the Poinsett County Jail. № 4. His complaint will therefore be dismissed without prejudice. If Nixon wants to pursue this case, then he must pay the $400 filing and administrative fees and file a motion to reopen by 25 October 2019. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

25 September 2019