IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE NIXON                                               PLAINTIFF

v.                      No. 3:19-cv-203-DPM

KEVIN MOULDER, Sheriff; and
SUSAN COX, Nurse,
Poinsett County Jail                                  DEFENDANTS

## JUDGMENT

Nixon's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 September 2019